# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Denise Miles,<br>*Plaintiff(s)*<br><br>v.<br><br>Capital Accounts LLC,<br>*Defendant(s)* | Case Number:  16-298-JPG-PMF |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

One of the following errors/deficiencies has been identified in the document listed above:

☒ Other: *See Local Rule 83.1(f).  In all cases filed in, removed to, or transferred to this court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court.  Attorney Applewhite does not have a Notice of Appearance on file in this case.*

### ACTION TAKEN BY CLERK'S OFFICE

☒ Other:  *Notice of Errors filed.*

### ACTION REQUIRED BY FILER

☒ Other: *A Notice of Appearance must be filed to comply with Local Rule 83.1(f).*

Dated: March 21, 2016

JUSTINE FLANAGAN, Acting Clerk of Court

By:  *s/ Mary Rakers*
       Deputy Clerk